UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EL REY CRISTOBAL,<br>      Petitioner, | )<br>)<br>) | |
| v. | ) | C.A. No. 15-13139-GAO |
| ANTHONY RICCITELLI, et al.,<br>      Respondents. | )<br>)<br>) | |

## PROCEDURAL ORDER

      Petitioner, who is confined at the Worcester Recovery Center and Hospital, has submitted for filing a petition for writ of habeas corpus.

      A party filing a habeas action in this Court must either (1) pay the $5.00 filing fee for habeas corpus actions; or (2) seek leave to proceed without prepayment of the filing fee.  See 28 U.S.C. § 1914(a) (fees); 28 U.S.C. § 1915 (proceedings in forma pauperis).

      Because petitioner has not submitted a filing fee or moved for leave to proceed in forma pauperis, he shall be granted additional time to do so.

      Accordingly, if petitioner wishes to proceed with this action, within 21 days of the date of this Procedural Order, he either must (1) pay the $5.00 filing fee; or (2) file a motion for leave to proceed in forma pauperis.  Failure of petitioner to comply with this directive may result in the dismissal of this action without prejudice.

      For the convenience of litigants, this Court provides a form application to seek leave to proceed in forma pauperis.  The Clerk shall provide petitioner with an Application to Proceed in District Court Without Prepaying Fees or Costs.

      SO ORDERED.


  8/19/2015                                              /s/ George A. O'Toole, Jr.
DATE                                                       UNITED STATES DISTRICT JUDGE